The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE FOREST, LLC, a Washington limited liability company, | No. C08-294RSM |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| THINKFILM, LLC, a Delaware limited liability company, | |
| Defendant. | |

## **JUDGMENT SUMMARY**

| | | |
|---|---|---|
| A. | Judgment Creditor: | In the Forest, LLC |
| B. | Judgment Debtor: | ThinkFilm, LLC |
| C. | Principal Judgment Amount: | $125,000.00 |
| D. | Interest to Date of Judgment: | N/A |
| E. | Attorney's Fees: | N/A |
| F. | Costs: | N/A |
| G. | Total | $125,000.00 |

H.  Principal Sum Shall Bear Interest at a Rate of 1.74% Per Annum pursuant to 28 U.S.C. § 1961.

DEFAULT JUDGMENT -- 1

No. C08-294RSM

m35115-1026155.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | | | |
|---|---|---|---|
| I. | Attorney for Judgment Creditor: | | Michael G. Atkins<br>Graham & Dunn PC<br>Pier 70<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121 |
| J. | Attorney for Judgment Debtor | | N/A |
| K. | Other | | N/A |

## JUDGMENT

THIS MATTER having earlier come on before the Court for entry of a default judgment against the defendant, ThinkFilm, LLC ("Defendant"), and with the Court having entered an order of default, and the Court having further considered the motion by Plaintiff for entry of default judgment, along with evidence in support of the motion, including the Declaration of Michael Atkins, and the Second Declaration of Michael Atkins, and being in all things duly advised, now, therefore, judgment is hereby ordered against the Defendant in the principal amount of $125,000.00, along with post-judgment interest at the rate of 1.74% per annum.

Dated this _2_ day of June, 2008.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

GRAHAM & DUNN PC

By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA# 26026
   Email: matkins@grahamdunn.com
   Attorneys for Plaintiff In the Forest, LLC

DEFAULT JUDGMENT -- 2

No. C08-294RSM

m35115-1026155.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599